NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

APR 10 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>MAX JOSEPH PLOG-HOROWITZ,<br><br>Defendant - Appellant. | Nos. 14-10059<br>14-10060<br><br>D.C. Nos. 4:12-cr-00661-CW<br>4:13-cr-00337-CW<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Northern District of California
Claudia Wilken, District Judge, Presiding

Submitted April 7, 2015[**]

Before:    FISHER, TALLMAN, and NGUYEN, Circuit Judges.

In these consolidated appeals, Max Joseph Plog-Horowitz appeals from the

district court's judgments and challenges the 60-month sentence imposed

following his revocation of probation and guilty-plea conviction for being a felon

in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.   *See* Fed. R. App. P. 34(a)(2).

We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Plog-Horowitz contends that the district court improperly imposed a four-level sentencing enhancement under U.S.S.G. § 2K2.1(b)(6)(B). He argues that there was insufficient evidence that he possessed the firearm in connection with the felony of impersonating a federal officer. We review for clear error. *See United States v. Flores,* 729 F.3d 910, 913 (9th Cir. 2013). The pistol that Plog-Horowitz was convicted of possessing was found loaded and holstered along with law enforcement credentials, clothing, and other weapons. In light of this and Plog-Horowitz's history of impersonating a federal officer, the district court did not clearly err in finding that Plog-Horowitz intended to use or possess the firearm in connection with the offense of impersonating a federal officer. *See United States v. Jimison,* 493 F.3d 1148, 1149 (9th Cir. 2007). In any event, the district court also found that Plog-Horowitz intended to possess or use the gun in connection with the felony offense of conspiracy to commit insurance fraud and Plog-Horowitz does not challenge that finding on appeal.

**AFFIRMED.**

14-10059 & 14-10060